STEVEN M. KATZ (State Bar No. 164617)
E-Mail:      *skatz@sideman.com*
RICHARD J. NELSON (State Bar No. 141658)
E-Mail:      *rnelson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Defendants
LAWRENCE R. GOLDFARB
and BAYSTAR CAPITAL MANAGEMENT,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LAWRENCE R. GOLDFARB and<br>BAYSTAR CAPITAL MANAGEMENT,<br><br>            Defendant. | Case No. 3:11-cr-0099 WHA<br><br>**STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The Defendants in this case were arraigned on April 23, 2012, at which time the Court set a status conference for May 1, 2012 at 2:00 p.m. The attorneys for the Plaintiff and the Defendants both have scheduling conflicts on May 1, 2012, and therefore, respectfully request that the Court re-schedule the status conference to May 8, 2012 at 2:00 p.m.

Further, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii), the parties ask the Court to exclude time under the Speedy Trial Act from May 1, 2012, to May 8, 2012, due to the complexity of the case and to allow for adequate preparation for pretrial proceedings.

STIPULATED:

| | |
|---|---|
| */s/ Steven M. Katz* | */s/ Jonathan Schmidt* |
| Steven M. Katz | Jonathan Schmidt |
| Sideman & Bancroft LLP | Assistant United States Attorney |
| One Embarcadero Center, 8th Floor | 450 Golden Gate Ave., Box 36055 |
| San Francisco, CA 94111 | San Francisco, CA 94102 |
| Tel: (415) 392-1960 | Tel: (415) 436-7200 |
| Fax: (415) 392-0827 | Fax: (415) 436-7234 |
| Email: skatz@sideman.com | Email: jonathan.schmidt@usdoj.gov |
| Attorneys for Defendants | Attorney for Plaintiff |

**IT IS SO ORDERED**

DATED:   April 30, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Steven M. Katz, attest that concurrence in the filing of this document has been obtained.

Dated: April 27, 2012

By: */s/Steven M. Katz*
Steven M. Katz