MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11--0099-WHA |
| ) | |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | EXCLUDING TIME |
| ) | |
| LAWRENCE R. GOLDFARB and, ) | |
| BAYSTAR CAPITAL MANAGEMENT ) | |
| ) | |
|     Defendant. ) | |
| ) | |

The parties appeared on May 8, 2012, for an initial appearance. At that hearing the parties asked the case be continued to May 29, 2012 at 2:00 p.m.. The continuance was requested because in a related case (*Securities and Exchange Commission v. Lawrence R. Goldfarb* and *Baystar Capital Management, LLC*, CV-11-0938 WHA) there is a hearing on May 17, 2012, whose outcome might affect the criminal case. The parties also stipulated that the court should exclude time from May 8, 2012 to May 29, 2012 in calculating the time within which a trial must begin, on the grounds that the case is complex. (18 U.S.C. § 3161(h)(7)(ii)). This case is complex because it involves complicated financial transactions conducted over a period of several years.

Stip & ~~Proposed~~ Order Excluding Time
CR 11-0099 WHA

SO STIPULATED

Dated: May 14, 2012

MELINDA HAAG
United States Attorney

S/
JONATHAN SCHMIDT
Assistant United States Attorney

Dated May 14, 2012

S/
STEVEN M KATZ
Attorney for Defendants

**[Proposed] ORDER**

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from May 8, 2012 to May 29, 2012 is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex (18 U.S.C. § 3161(h)(7)(ii)).

**IT IS SO ORDERED**

Dated: May 15, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE