1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JONATHAN SCHMIDT (CABN 230646)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: schmidtjonathand@usdoj.gov
8
9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,           )   No. CR 11-CR-0099-WHA
                                       )
15        Plaintiff,                   )
                                       )   STIPULATION AND [PROPOSED] ORDER
16     v.                              )   EXCLUDING TIME
                                       )
17 LAWRENCE R. GOLDFARB and,           )
   BAYSTAR CAPITAL MANAGEMENT          )
18                                     )
          Defendant.                   )
19 _____)

20     The parties appeared on May 29, 2012. At that hearing, the parties asked the case be

21 continued to June 12, 2012 at 2:00 p.m.. The continuance was requested because defense

22 counsel wanted to file a motion to withdraw. The parties also stipulated that the court should

23 exclude time from May 29, 2012 to June 12, 2012 in calculating the time within which a trial

24 must begin, on the grounds that the case is complex. (18 U.S.C. § 3161(h)(7)(ii)). This case is

25 complex because it involves complicated financial transactions conducted over a period of

26 several years.

27

28 SO STIPULATED

Stip & ~~Proposed~~ Order Excluding Time
CR 11-0099 WHA

Dated: June 8, 2012

MELINDA HAAG
United States Attorney

S/
JONATHAN SCHMIDT
Assistant United States Attorney

Dated  June 8, 2012

S/
STEVEN M KATZ
Attorney for Defendants

### ~~[Proposed]~~ ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from May 29, 2012 to June 12, 2012 is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex (18 U.S.C. § 3161(h)(7)(ii)).

**IT IS SO ORDERED**

Dated: June 11, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE