MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-CR-0099-WHA |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | EXCLUDING TIME |
| ) | |
| LAWRENCE R. GOLDFARB and, ) | |
| BAYSTAR CAPITAL MANAGEMENT ) | |
| ) | |
|     Defendant. ) | |

    The parties appeared on June 19, 2012. At that hearing, the following briefing schedule was set:

        July 10, 2012:        deadline to file motion

        July 31, 2012:        deadline to file opposition

        August 14, 2012:        deadline to file reply

        September 4, 2012 at 2 p.m.:   motion hearing

In addition the parties stipulated that the court should exclude time from June 19, 2012, to September 4, 2012, in calculating the time within which a trial must begin, on the grounds that the case is complex. (18 U.S.C. § 3161(h)(7)(ii) & (iv)). This case is complex because it

Stip & Proposed Order Excluding Time
CR 11-0099 WHA

involves complicated financial transactions conducted over a period of several years.

SO STIPULATED

Dated: June 22, 2012                                    MELINDA HAAG
                                                                          United States Attorney


                                                                                    S/
                                                                          JONATHAN SCHMIDT
                                                                          Assistant United States Attorney


Dated  June 22, 2012                                              S/
                                                                          STEVEN M KATZ
                                                                          Attorney for Defendants

## [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from June 19, 2012, to September 4, 2012, is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex and for continuity of counsel (18 U.S.C. § 3161(h)(7)(ii) and (iv)).

**IT IS SO ORDERED**

 Dated:  June 25, 2012.

                                                                          William Alsup
                                                                          UNITED STATES DISTRICT JUDGE

Stip & Proposed Order Excluding Time
CR 11-0099 WHA                                    2