1  RICHARD J. NELSON (State Bar No. 141658)
   E-Mail:       *rnelson@sideman.com*
2  STEVEN M. KATZ (State Bar No. 164617)
   E-Mail:       *skatz@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
5  Facsimile:    (415) 392-0827

6  Attorneys for Defendants
   LAWRENCE R. GOLDFARB
7  and BAYSTAR CAPITAL MANAGEMENT

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12

13  UNITED STATES OF AMERICA,               Case No. 3:11-cr-00099 WHA

14              Plaintiff,                  **STIPULATION AND [PROPOSED]
                                            ORDER MODIFYING BRIEFING
15          v.                              SCHEDULE**

16  LAWRENCE R. GOLDFARB and
    BAYSTAR CAPITAL MANAGEMENT,
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

1    By Order dated June 25, 2012 (Docket No. 29), the Court set a briefing and hearing

2  schedule for a motion in this case.  The parties are presently engaged in plea negotiations and

3  believe that a modification to the briefing schedule will improve the chance of a plea agreement

4  being reached.  Accordingly, the parties stipulate and request that the Court modify the briefing

5  schedule so that the deadline to file a motion is modified from July 10 to July 17, 2012, and the

6  deadline to file an opposition is modified from July 31 to August 7, 2012.  The deadline to file a

7  reply will remain at August 14, 2012, and the motion hearing will remain at September 4, 2012, if

8  a hearing is necessary.  Thus, if the Court approves this proposed new schedule, the only change

9  will be that Defendants will submit their motion, if at all, one week later, but Defendants will have

10  only one week for their Reply, instead of two weeks.  The United States will have the same

11  amount of time as currently contemplated to file its Opposition, and the Court will not have to

12  alter the hearing date.

13

14  SO STIPULATED:

15  Dated:  July 6, 2012

16                                                          MELINDA HAAG
                                                          United States Attorney
17

18

19  /s/ Richard J. Nelson                                   /s/ Jonathan Schmidt
    Richard J. Nelson                                       Jonathan Schmidt
    Attorney for Defendants                                 Assistant United States Attorney
20

21

22      **GOOD CAUSE APPEARING,** and pursuant to the parties' stipulation, the briefing

23  schedule for the motion in this case is modified so the deadline to file the motion is July 17, 2012

24  and the deadline to file an opposition is August 7, 2012.

25  **IT IS SO ORDERED**

26  DATED:   July 9, 2012.    _____

27                                                          William Alsup
                                                          UNITED STATES DISTRICT JUDGE
28

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE

1                                 **FILER'S ATTESTATION**

2         Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Richard. J.

3 Nelson, attest that concurrence in the filing of this document has been obtained.

4         Dated: July 6, 2012

5                                         By: */s/Richard J. Nelson*
                                               Richard J. Nelson

6 6441-1\1503118v1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

Case No. 3:11-cr-00099-WHA
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE