1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JONATHAN SCHMIDT (CABN 230646)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: schmidtjonathand@usdoj.gov
8

9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )   No. CR 11-CR-0099-WHA
                                    )
15         Plaintiff,               )
                                    )   STIPULATION AND [PROPOSED] ORDER
16     v.                           )   EXCLUDING TIME
                                    )
17 LAWRENCE R. GOLDFARB and,        )
   BAYSTAR CAPITAL MANAGEMENT       )
18                                  )
           Defendant.                )
19 _____)

20     The parties appeared on September 4, 2012. At that hearing, the Court set a further status

21 date of September 18, 2012, and the parties stipulated that the court should exclude time from

22 September 4, 2012, to September 18, 2012, in calculating the time within which a trial must

23 begin. Exclusion of time is appropriate because the case is complex. (18 U.S.C. § 3161(h)(7)(ii)

24 & (iv)). This case is complex because it involves complicated financial transactions conducted

25 over a period of several years.

26 //

27 //

28

Stip & Proposed Order Excluding Time
CR 11-0099 WHA

SO STIPULATED

Dated: September 5, 2012

MELINDA HAAG
United States Attorney

 /S/
JONATHAN SCHMIDT
Assistant United States Attorney

Dated  September 5, 2012

 /S/
STEVEN M KATZ
Attorney for Defendants

### [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from September 4, 2012, to September 18, 2012, is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex and for continuity of counsel (18 U.S.C. § 3161(h)(7)(ii) and (iv)).

**IT IS SO ORDERED**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE