RICHARD J. NELSON (State Bar No. 141658)
E-Mail: *rnelson@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail: *skatz@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Defendants
LAWRENCE R. GOLDFARB
and BAYSTAR CAPITAL MANAGEMENT,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE R. GOLDFARB and<br>BAYSTAR CAPITAL MANAGEMENT,<br><br>　　　　Defendant. | Case No. 3:11-cr-0099 WHA<br><br>**STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The parties are scheduled to appear before this Court on October 30, 2012, for status. At the last status conference on September 18, 2012, the parties advised the Court of a medical issue affecting Defendant Lawrence Goldfarb, due to which the Court had excused his appearance. The medical issue persists and Mr. Goldfarb will not be able to attend the scheduled status conference on October 30, 2012. In addition, due to the medical issue, the parties will not be able to conduct a settlement conference, which the parties had intended to conduct prior to the scheduled October 30, 2012, status conference, as ordered by the Court. In light of Mr. Goldfarb's medical issue, the parties respectfully request that the Court re-schedule the October 30, 2012, status conference to December 4, 2012 at 2:00 p.m., so as to allow the medical issue to be addressed and to allow the parties to conduct the settlement conference prior to the next status conference.

Further, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii), the parties ask the Court to exclude time under the Speedy Trial Act from October 30, 2012, to December 4, 2012, due to the complexity of the case and to allow for adequate preparation for pretrial proceedings and due to Mr. Goldfarb's medical issue.

STIPULATED:

/s/ Steven M. Katz
Steven M. Katz
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: (415) 392-1960
Fax: (415) 392-0827
Email: skatz@sideman.com
Attorneys for Defendants

/s/ Jonathan Schmidt
Jonathan Schmidt
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Tel: (415) 436-7200
Fax: (415) 436-7234
Email: jonathan.schmidt@usdoj.gov
Attorney for Plaintiff

**IT IS SO ORDERED**

DATED: October 10, 2012

APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7617-1\1581928v1

1

Case No. 3:11-cr-0099-WHA

STIPULATED ORDER RESCHEDULING STATUS CONFERENCE, EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT