RICHARD J. NELSON (State Bar No. 141658)
*E-Mail:        rnelson@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:        *skatz@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:      (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Defendants
LAWRENCE R. GOLDFARB
and BAYSTAR CAPITAL MANAGEMENT,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:11-cr-0099 WHA |
| Plaintiff, | **STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, | |
| Defendants. | |

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

1    The parties are scheduled to appear before this Court on December 4, 2012, for status.  At

2  the last status conference on September 18, 2012, and in a Stipulated Order dated

3  October 10, 2012 (Docket 49), the parties advised the Court of a medical issue affecting

4  Defendant Lawrence Goldfarb.  Counsel for both parties have spoken to Mr. Goldfarb's treating

5  doctor and confirmed that the medical issue persists and it is not recommended that Mr. Goldfarb

6  attend the scheduled status conference on December 4, 2012.  In addition, due to the medical

7  issue, the parties will not be able to conduct a settlement conference, which the parties had

8  intended to conduct on November 28, 2012, prior to the scheduled December 4, 2012 status

9  conference, as ordered by the Court.  The parties intend to file a status statement under seal

10  describing Mr. Goldfarb's medical condition in more detail.

11    A new settlement conference is scheduled for January 3, 2013.  In light of Mr. Goldfarb's

12  medical issue, the parties respectfully request that the Court re-schedule the December 4, 2012

13  status conference to January 8, 2013 at 2:00 p.m., so as to allow the medical issue to be addressed

14  and to allow the parties to conduct the settlement conference prior to the next status conference.

15    Further, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii) and (iv), the parties ask the Court

16  to exclude time under the Speedy Trial Act from December 4, 2012, to January 8, 2013, due to the

17  complexity of the case and to allow for adequate preparation for pretrial proceedings and due to

18  Mr. Godlfarb's medical issue.

19

20  STIPULATED:

21  /s/ Steven M. Katz                          /s/ Jonathan Schmidt
    Steven M. Katz                              Jonathan Schmidt
22  Sideman & Bancroft LLP                      Assistant United States Attorney
    One Embarcadero Center, 8th Floor           450 Golden Gate Ave., Box 36055
23  San Francisco, CA 94111                     San Francisco, CA 94102
    Tel: (415) 392-1960                         Tel: (415) 436-7200
24  Fax: (415) 392-0827                         Fax: (415) 436-7234
    Email: skatz@sideman.com                    Email: jonathan.schmidt@usdoj.gov
25  Attorneys for Defendants                    Attorney for Plaintiff

26  **IT IS SO ORDERED**
            November 28
27  DATED: _____, 2012                       

                                                WILLIAM H. ALSUP
28                                              United States District Judge

    7617-1\1610281v1                    1                 Case No. 3:11-cr-0099 WHA
    STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE
                              SPEEDY TRIAL ACT