MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-CR-0099-WHA |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE SETTLEMENT CONFERENCE AND STATUS DATE |
| LAWRENCE R. GOLDFARB and, BAYSTAR CAPITAL MANAGEMENT | ) | |
| Defendant. | ) | |

The case is currently scheduled for a settlement conference before Magistrate Judge Spero on January 3, 2013, and for a status hearing before this Court on January 8, 2013 at 2:00 p.m.. This Court initially referred the case for settlement conference on September 19, 2012. The date for a settlement conference and the follow-up status conference has been continued twice because of the defendants' health. Currently, counsel for the government has a scheduling conflict with the January 3, 2013, settlement conference date. Accordingly the parties ask to continue the settlement conference to January 15, 2013, and to continue the follow-up status conference to January 22, at 2:00 p.m..

Stip & Proposed Order re Continuing Dates
CR 11-0099 WHA

The Court has previously excluded time under the Speedy Trial Act until January 8, 2013. The parties also stipulate that the court should further exclude time from January 8, 2013 to January 22, 2013 in calculating the time within which a trial must begin, on the grounds that the case is complex and continuity of counsel.  (18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).  This case is complex because it involves complicated financial transactions conducted over a period of several years.

SO STIPULATED

Dated: December 12, 2012                    MELINDA HAAG
                                            United States Attorney


                                            _____S/_____
                                            JONATHAN SCHMIDT
                                            Assistant United States Attorney


Dated  December 12, 2012                    _____S/_____
                                            STEVEN M KATZ
                                            Attorney for Defendants


**IT IS SO ORDERED**

Dated:  December 12, 2012.

WILLIAM ALSUP
United S_____

Judge William Alsup

Stip & ~~Proposed~~ Order re Continuing Dates