1  RICHARD J. NELSON (State Bar No. 141658)
   E-Mail:      rnelson@sideman.com
2  STEVEN M. KATZ (State Bar No. 164617)
   E-Mail:      skatz@sideman.com
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:   (415) 392-1960
5  Facsimile:   (415) 392-0827

6  Attorneys for Defendants
   LAWRENCE R. GOLDFARB
7  and BAYSTAR CAPITAL MANAGEMENT

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,              Case No. 3:11-cr-0099 WHA

14 |            Plaintiff,                  **STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

15 |     v.

16 | LAWRENCE R. GOLDFARB and
   | BAYSTAR CAPITAL MANAGEMENT,

17 |            Defendants.

1  The parties are scheduled to appear before this Court on January 22, 2013, for status.  In a
2  Stipulated Order filed November 28, 2012 (Docket 55) and a separate Status Statement filed under
3  seal, the parties advised the Court of a medical issue affecting Defendant Lawrence Goldfarb.  Mr.
4  Goldfarb's medical issue persists and it is recommended that he not attend the scheduled status
5  conference on January 22, 2013.  In addition, due to the medical issue, the parties have not able to
6  conduct a settlement conference, which the parties had intended to conduct prior to the status
7  conference, as ordered by the Court.  The parties are informed that the medical issue shall be
8  resolved within 60 days, at which time Mr. Goldfarb will be available for this case to proceed.
9      In light of Mr. Goldfarb's medical issue, the parties respectfully request that the Court re-
10 schedule the January 22, 2013 status conference to March 26, 2013 at 2:00 p.m., so as to allow the
11 medical issue to be resolved and to allow the parties to conduct the settlement conference prior to
12 the next status conference.
13     Further, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii) and (iv), the parties ask the Court
14 to exclude time under the Speedy Trial Act from January 8, 2013, to March 26, 2013, due to the
15 complexity of the case and to allow for adequate preparation for pretrial proceedings and due to
16 Mr. Godlfarb's medical issue.

18 STIPULATED:

19 /s/ Steven M. Katz                    /s/ Jonathan Schmidt
   Steven M. Katz                       Jonathan Schmidt
20 Sideman & Bancroft LLP                Assistant United States Attorney
   One Embarcadero Center, 8th Floor    450 Golden Gate Ave., Box 36055
21 San Francisco, CA 94111               San Francisco, CA 94102
   Tel: (415) 392-1960                  Tel: (415) 436-7200
22 Fax: (415) 392-0827                   Fax: (415) 436-7234
   Email: skatz@sideman.com             Email: jonathan.schmidt@usdoj.gov
23 Attorneys for Defendants              Attorney for Plaintiff

24 IT IS SO ORDERED

25 DATED: January 16, 2013



26                                       WILLIAM H. ALSUP
                                         United States District Judge

7617-1\1656430v1                    1                    Case No. 3:11-cr-0099 WHA
STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE
                          SPEEDY TRIAL ACT