MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-CR-0099-WHA |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
|     v. ) | EXCLUDING TIME |
| ) | |
| LAWRENCE R. GOLDFARB and, ) | |
| BAYSTAR CAPITAL MANAGEMENT ) | |
| ) | |
|     Defendant. ) | |

    The parties appeared on March 26, 2013. At that hearing, the Court set a further status date of May 7, 2013, and the parties stipulated that the court should exclude time from March 26, 2013, to May 7, 2013, in calculating the time within which a trial must begin. Exclusion of time is appropriate because the case is complex, the time is necessary for effective preparation and the defendant's medical issues (18 U.S.C. § 3161(h)(7)(B)(ii) & (iv)).

//

//

//

Stip & ~~Proposed~~ Order Excluding Time
CR 11-0099 WHA

SO STIPULATED

Dated: April 9, 2013                    MELINDA HAAG
                                        United States Attorney


                                        _____/S/_____
                                        JONATHAN SCHMIDT
                                        Assistant United States Attorney



Dated  April 9, 2013                    _____/S/_____
                                        STEVEN M KATZ
                                        Attorney for Defendants

## [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from March 26, 2013, to May 7, 2013, is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex, the need for effective preparation and the defendant's health (18 U.S.C. § 3161(h)(7)(B)(ii) and (iv)).

**IT IS SO ORDERED**

DATED:  April 9, 2013.                  _____
                                        WILLIAM H. ALSUP
                                        United States District Judge