MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-CR-0099-WHA |
|     Plaintiff, ) | |
| ) | STIPULATION AND [P~~ROPOSED~~] ORDER |
| v. ) | EXCLUDING TIME |
| ) | |
| LAWRENCE R. GOLDFARB and, ) | |
| BAYSTAR CAPITAL MANAGEMENT ) | |
| ) | |
|     Defendant. ) | |

The parties appeared on June 18, 2013 for a status conference and for a hearing on the defense motion for substitution of counsel. On June 18, 2013, the Court set a further date of July 2, 2013 for a hearing on the defense motion. The parties stipulated that the court should exclude time from June 18, 2013 to July 2, 2013, in calculating the time within which a trial must begin. Exclusion of time is appropriate because the case is complex, the pending motion, and the need for continuity of counsel. (18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(ii) & (iv)).

//

//

Stip & Proposed Order Excluding Time
CR 11-0099 WHA

SO STIPULATED

Dated: June 26, 2013    MELINDA HAAG
United States Attorney

                         /S/
                        JONATHAN SCHMIDT
                        Assistant United States Attorney

Dated  June 26, 2013          /S/
                        STEVEN M KATZ
                        Attorney for Defendants

**[Proposed] ORDER**

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from June 18, 2013, to July 2, 2013, is excluded in calculating the time within which a trial must begin.  This exclusion is appropriate, because of the complexity of the case, the pending motion, and the need for continuity of counsel ((18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(ii) & (iv)).

**IT IS SO ORDERED**

DATED:  July 1, 2013.

                        WILLIAM H. ALSUP
                        United States District Judge

Stip & Proposed Order Excluding Time
CR 11-0099 WHA            2