BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
LAWRENCE R. GOLDFARB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-00099 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING** |
| v. | |
| LAWRENCE R. GOLDFARB, and BAYSTAR CAPITAL MANAGEMENT, LLC, | |
| Defendants. | |

The above-entitled matter is set for a motion hearing before this Court on May 23, 2017 at 2:00 p.m. However, counsel for Mr. Goldfarb is now unavailable on this date because of a trial before Judge Hamilton in *United States v. Marr, et al.,* No. CR 14-00580. The parties conferred and

/ /
/ /
/ /
/ /
/ /
/ /

STIPULATION AND [PROPOSED] ORDER
Case No.: CR 11-00099 WHA

respectfully request that the Court continue the hearing from May 23, 2017 to June 6, 2017 at 2:00 p.m. The government has no objection to this request.

**IT IS SO STIPULATED:**

Dated: May 19, 2017                             _____/s/_____
                                                MARTHA BOERSCH
                                                Counsel for Defendant

Dated: May 19, 2017                             _____/s/_____
                                                ROBERT LEACH
                                                Assistant United States Attorney

~~[PROPOSED]~~ ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby continues the motion hearing currently set on May 23, 2017 to June 6, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Date: May 22, 2017.                             _____
                                                HONORABLE WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE