BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
LAWRENCE R. GOLDFARB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-11-0099-WHA |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING** |
| v. | |
| LAWRENCE R. GOLDFARB, and BAYSTAR CAPITAL MANAGEMENT, LLC, | |
| Defendants. | |

The above-entitled matter is set for a motion hearing before this Court on June 6, 2017 at 2:00 p.m. Ms. Boersch, counsel to Mr. Goldfarb has been in trial before Judge Hamilton in *United States v. Marr, et al.,* No. CR 14-00580, since May 15. Trial is not expected to conclude until June 2. The parties conferred and respectfully request that the Court continue the hearing from June 6, 2017 to June 20, 2017 at 2:00 p.m. The government has no objection to this request.

**IT IS SO STIPULATED:**

DATED: May 31, 2017        /s/
                          MARTHA BOERSCH
                          Counsel for Defendant

DATED: May 31, 2017        /s/
                          ROBERT LEACH
                          Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
Case No.: CR-11-0099-WHA

# [PROPOSED] ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby continues the motion hearing currently set on June 6, 2017 to June 20, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

DATE: June 1, 2017.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE