BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
LAWRENCE R. GOLDFARB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE R. GOLDFARB, and BAYSTAR CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. CR-11-0099-WHA<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING** |

The above-entitled matter is set for a motion hearing before this Court on June 20, 2017 at 2:00 p.m. Mr. Goldfarb is currently working with Probation to in an effort to obviate the need for this motion. Probation has requested more time in order to continue that effort. The parties conferred and respectfully request that the Court continue the hearing from June 20, 2017 to July 25, 2017 at 2:00 p.m. The government has no objection to this request.

**IT IS SO STIPULATED:**

DATED: June 14, 2017                    _____/s/_____
                                        MARTHA BOERSCH
                                        Counsel for Defendant

DATED: June 14, 2017                    _____/s/_____
                                        ROBERT LEACH
                                        Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
Case No.: CR-11-0099-WHA

# [PROPOSED] ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby continues the motion hearing currently set on June 20, 2017, to July 25, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

DATE: June 15, 2017.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE