BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
LAWRENCE R. GOLDFARB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-11-0099-WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DECEMBER 19, 2017 STATUS CONFERENCE** |
| v. | |
| LAWRENCE R. GOLDFARB, and BAYSTAR CAPITAL MANAGEMENT, LLC, | |
| Defendants. | |

The above-entitled matter is set for a status conference before this Court on December 19, 2017, at 2:00 p.m. At the September 12 hearing on Mr. Goldfarb's motion for early termination of supervised release, the Court ordered Mr. Goldfarb to remain under supervised release until December 19, 2017, so the Court and the Probation Office could continue to monitor his progress. The Court indicated that if Mr. Goldfarb has no offenses before the December 19, 2017 status conference and fully complies with the conditions of his release, his term of supervised release would be terminated. The Court further indicated that if those conditions were met, and the government and the Probation Office agreed, Mr. Goldfarb would not be required to appear on December 19, 2017, the hearing would be vacated, and the Court would order that Mr. Goldfarb's term of supervised release be terminated. *See* RT (September 12, 2017) 36.

The United States Attorney's Office, the United States Probation Office, and the Defendant

hereby stipulate that Mr. Goldfarb's appearance is not necessary at the December 19 status conference unless the government or the Probation Office notify the defendant by December 5, 2017, that, in their view, he has not satisfied the conditions set by the Court at the September 12, 2017, hearing and therefore must appear on December 19, 2017.

**IT IS SO STIPULATED:**

DATED: November 17, 2017 _____/s/_____
MARTHA BOERSCH
Counsel for Defendant

DATED: November 17, 2017 _____/s/_____
ROBERT LEACH
Assistant United States Attorney

DATED: November \_\_\_, 2017 _____/s/_____
LAURA SHAER
United States Probation Officer

### [PROPOSED] ORDER

Based on the foregoing Stipulation and for good cause shown, Mr. Goldfarb's appearance is waived at the upcoming December 19, 2017 status conference unless he is notified by the Government otherwise. Further, the Government or the Probation Office shall notify Mr. Goldfarb if his appearance is required by December 5, 2017.

**IT IS SO ORDERED.**

DATE: November 28, 2017. _____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE