BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
LAWRENCE R. GOLDFARB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-11-0099-WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TERMINATING DEFENDANT GOLDFARB'S SUPERVISED RELEASE AND VACATING STATUS CONFERENCE** |
| v. | |
| LAWRENCE R. GOLDFARB, and BAYSTAR CAPITAL MANAGEMENT, LLC, | |
| Defendants. | |

The above-entitled matter is set for a status conference before this Court on December 19, 2017, at 2:00 p.m. At the September 12 hearing on Mr. Goldfarb's motion for early termination of supervised release, the Court ordered Mr. Goldfarb to remain under supervised release until December 19, 2017, so the Court and the Probation Office could continue to monitor his progress. The Court indicated that if Mr. Goldfarb has no offenses before the December 19, 2017 status conference and fully complies with the conditions of his release, his term of supervised release would be terminated. The Court further indicated that if those conditions were met, and the government and the Probation Office agreed, Mr. Goldfarb would not be required to appear on December 19, 2017, the hearing would be vacated, and the Court would order that Mr. Goldfarb's term of supervised release be terminated. *See* RT (September 12, 2017) 36.

On November 27, 2017, the parties stipulated, and the Court ordered, that Mr. Goldfarb's

appearance was not necessary at the December 19 status conference unless the government or the Probation Office notified the defendant by December 5, 2017. (Dkt. 173 and 174).

Mr. Golfarb has continued to fully comply with the conditions of his release and the Government did not notify him by the agreed upon deadline that he had to appear at the December 19 status conference. Therefore, the parties agree and stipulate that the status conference scheduled for December 19, 2017, be vacated and the term of Mr. Golfarb's supervised release be terminated.

**IT IS SO STIPULATED:**

DATED: December 6, 2017         _____/s/_____
                                MARTHA BOERSCH
                                Counsel for Defendant

DATED: December 6, 2017         _____/s/_____
                                ROBERT LEACH
                                Assistant United States Attorney

DATED: December 6, 2017         _____/s/_____
                                LAURA SHAER
                                United States Probation Officer

## [PROPOSED] ORDER

Based on the foregoing Stipulation and for good cause shown, the upcoming December 19, 2017 status conference is vacated. It is further ordered that Mr. Goldfarb's term of supervised release is terminated effective immediately.

**IT IS SO ORDERED.**

DATE: December 6, 2017.         _____
                                HONORABLE WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE